

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00250-CV

**IN RE WINN EXPLORATION COMPANY, INC.**, C.A. Winn Family Enterprises, Ltd., Tom C. Winn Family Enterprises, Ltd., & Southern Winn Family Enterprises, Ltd., Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: July 21, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators have filed a petition for writ of mandamus. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and the record, we conclude relators have not satisfied this burden. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020CI16177 pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.